TO: DOCKET CLERK

___ MAGISTRATE CASE NUMBER _____

OR

_X_ NO MAGISTRATE PAPERS WERE FOUND

for

NAME: RODNEY HESSON, GERTRUDE PARKER, BEVERLY STUBBLEFIELD, JOHN TEAL

Initials: _TBL_

If you receive this note without any initials, please return the entire packet to criminal desk.

Thank you