

# United States Court of Appeals for the Fifth Circuit

**Certified as a true copy and issued as the mandate on Dec 21, 2021**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

United States Court of Appeals
Fifth Circuit
**FILED**
October 29, 2021
Lyle W. Cayce
Clerk

No. 21-30128

United States of America,

*Plaintiff—Appellee,*

*versus*

Rodney Hesson,

*Defendant—Appellant.*

---

Application for Certificate of Appealability
from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:19-CV-13407

---

ORDER:

Hesson moved this Court for a Certificate of Appealability ("COA") pursuant to 28 U.S.C. § 2253. This requires a "substantial showing of the denial of a constitutional right."[1] A substantial showing requires Hesson to

---

[1] 28 U.S.C. § 2253(c)(2); *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

No. 21-30128

"demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."[2]

Hesson cannot meet that standard. A jury convicted Hesson for conspiracy to commit healthcare fraud[3] and conspiracy to make false statements related to healthcare matters.[4] He now argues he had ineffective assistance of counsel. Specifically, that his trial counsel should have presented a different defense at trial. But choices about which defenses to present and how to present them are "strategic choices"—a class of decisions by counsel that are "virtually unchallengeable."[5] Nothing in the record or Hesson's argument in support of his motion would cause a reasonable jurist to find it debatable that Hesson could meet this high bar.

IT IS ORDERED that Hesson's motion for a certificate of appealability is DENIED.

_____
Don R. Willett
*United States Circuit Judge*

---

[2] *Miller-El*, 537 U.S. at 338 (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

[3] *See* 18 U.S.C. § 1349.

[4] *See* § 371.

[5] *See Mejia v. Davis*, 906 F.3d 307, 316 (5th Cir. 2018) (quoting *Rhoades v. Davis*, 852 F.3d 422, 434 (5th Cir. 2017)).

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 21, 2021

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 21-30128   USA v. Hesson
                           USDC No. 2:19-CV-13407

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

                                            Sincerely,

                                            LYLE W. CAYCE, Clerk

                                            By: _____
                                            Connie Brown, Deputy Clerk
                                            504-310-7671

cc:

    Mr. William Mallory Kent
    Mr. Jeremy Raymond Sanders